# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **CASE NO. 4:22-MJ-157** |
| : | |
| **GEORGE IAKOVOU,** : | |
| : | |
| **Defendant.** : | |

## ORDER TO UNSEAL

The Court having read the Motion to Unseal in this matter, and it appearing to the Court that document Arrest Warrant, Affidavit, and Complaint in Case No. **4:22-MJ-157-**, filed herein, shall be unsealed.

SO ORDERED, this 25th day of October, 2022.

s/ Stephen Hyles
STEPHEN HYLES
UNITED STATES MAGISTRATE JUDGE
MIDDLE DISTRICT OF GEORGIA

Presented by:

/s/ Chris Williams
CHRISTOPHER WILLIAMS
ASSISTANT UNITED STATES ATTORNEY