CLOSED

# U.S. District Court
# Eastern District of New York (Brooklyn)
# CRIMINAL DOCKET FOR CASE #: 1:22−mj−01155−TAM All Defendants

Case title: USA v. Iakovou

Date Filed: 10/26/2022

Date Terminated: 10/26/2022

Assigned to: Magistrate Judge Taryn A. Merkl

**Defendant (1)**

| | |
|---|---|
| **George Iakovou** *TERMINATED: 10/26/2022* | represented by **Ira Lee Sorkin** Mintz and Gold LLP 600 Third Ave 25th Floor New York, NY 10016 212−696−4848 Email: sorkin@mintzandgold.com *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* Designation: Retained |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:1343.F | |

**Plaintiff**

**USA** represented by **Irisa Chen**
Edny−USAO
271−A Cadman Plaza East
Brooklyn, NY 11201
718−254−6124
Email: irisa.chen@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Government Attorney*

| Date Filed | # | Select<br>all / clear | Docket Text |
|---|---|---|---|
| 10/26/2022 | 1 | RULE 5 AFFIDAVIT/REMOVAL TO THE MIDDLE DISTRICT OF GEORGIA by USA as to George Iakovou (FC) (Entered: 10/27/2022) | |
| 10/26/2022 | | Arrest (Rule 5) of George Iakovou (FC) (Entered: 10/27/2022) | |
| 10/26/2022 | | Minute Entry for proceedings held before Magistrate Judge Taryn A. Merkl:Arraignment as to George Iakovou (1) Count Complaint held on 10/26/2022, Initial Appearance in Rule 5(c)(3) Proceedings as to George Iakovou held on 10/26/2022. AUSA Irisa Chen present. Dft present w/ret counsel Ira Sorkin. Removal proceeding to the Middle District of Georgia hearing held. Dft waived identity hearing. Dfse counsel & govt agree on a $1,500,000 bond with 2 sureties & 1 property. 2 sureties sworn, advised of the bond obligations and signed the bond. Dft advised of the bond conditions and signed the bond. Dft released on $1,500,000 bond. Rule 5f warnings given to the govt. (FTR Log # 10/26/22 4:09−4:41.) (FC) (Entered: 10/27/2022) | |
| 10/26/2022 | 2 | ORDER Setting Conditions of Release as to George Iakovou (1) $1,500,000. Ordered by Magistrate Judge Taryn A. Merkl on 10/26/2022. (FC) (Entered: 10/27/2022) | |
| 10/26/2022 | 3 | WAIVER of Rule 5(c)(3) Hearing by George Iakovou (FC) (Entered: 10/27/2022) | |
| 10/26/2022 | 4 | NOTICE OF ATTORNEY APPEARANCE: Ira Lee Sorkin appearing for George Iakovou (FC) (Entered: 10/27/2022) | |
| 10/26/2022 | 5 | ORDER: This order is entered pursuant to Federal Rule of Criminal Procedure 5(f) to confirm the prosecution's disclosure obligations under Brady v. Maryland, 373 U.S. 83 (1963), and its progeny, and to summarize the possible consequences of violating those obligations as to George Iakovou. Ordered by Magistrate Judge Taryn A. Merkl on 10/26/2022. (FC) (Entered: 10/27/2022) | |