AB:IC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA, | AFFIDAVIT IN SUPPORT OF REMOVAL TO THE MIDDLE DISTRICT OF GEORGIA |
| - against - | (Fed. R. Crim. P. 5) |
| GEORGE IAKOVOU, | |
| Defendant. | Case No. 22-MJ-1155 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

EASTERN DISTRICT OF NEW YORK, SS:

      NICHOLAS OLIVER, being duly sworn, deposes and states that he is a Special Agent with the United States Secret Service ("USSS"), duly appointed according to law and acting as such.

      On or about October 21, 2022, the United States District Court for the Middle District of Georgia issued an arrest warrant commanding the arrest of GEORGE IAKOVOU for violation of Title 18, United States Code, Section 1343 (wire fraud).

      The source of your deponent's information and the grounds for his belief are as follows:[1]

      1.    On or about October 21, 2022, the United States District Court for the Middle District of Georgia issued an arrest warrant commanding the arrest of GEORGE IAKOVOU pursuant to a criminal complaint (the "Complaint") for violation of Title 18, United

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

States Code, Section 1343 (wire fraud) (the "Arrest Warrant"). A true and correct copy of the Arrest Warrant and Complaint is attached hereto as Exhibit A.

2. On October 25, 2022, IAKOVOU landed at John F. Kennedy International Airport in Queens, New York around 3:20 p.m. on American Airlines flight 105 from Heathrow Airport in London, United Kingdom. Customs flagged IAKOVOU's name as appearing on the Arrest Warrant. His full name and date of birth listed in the Arrest Warrant matched the full name and date of birth on his passport issued by the United States, his passport issued by Greece, and his New York driver's license that he carried. IAKOVOU also provided his name and address, which matched the name and address listed on the Arrest Warrant.

3. After confirming his identity, the USSS arrested IAKOVOU on the Arrest Warrant.

4. Based on the foregoing, I submit that there is probable cause to believe that the defendant is the GEORGE IAKOVOU wanted in the Middle District of Georgia.

WHEREFORE, your deponent respectfully requests that the defendant GEORGE IAKOVOU be removed to the Middle District of Georgia so that he may be dealt with according to law.

_____
Nicholas Oliver
Special Agent
United States Secret Service

Sworn to before me this
26th day of October, 2022

_____
HONORABLE TARYN A. MERKL
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK